**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CITY OF WARREN GENERAL RETIREMENT HEALTH, LIFE AND DISABILITY BENEFITS PLAN AND TRUST, *on Behalf of Itself and All Others Similarly Situated*,

Plaintiff,

v.

PENTAIR PLC, JOHN L. STAUCH, NICHOLAS J. BRAZIS, and ROBERT P. FISHMAN,

Defendants.

Case No. 0:26-cv-03597 (KMM/DTS)

**NOTICE OF WITHDRAWAL OF MOTION**

---

On August 26, 2026, Defendants filed a Motion to Transfer this action to the U.S. District Court for the Southern District of New York based on the first-filed rule. (*See* ECF Nos. 16, 18.) On September 9, the plaintiff in the first-filed action—a substantially similar putative class action complaint—voluntarily dismissed the case under Fed. R. Civ. P. 41(a)(1)(A)(i). *See* ECF No. 9, *Walters v. Pentair PLC*, No. 1:26-cv-06632-ER (S.D.N.Y. Sept. 9, 2026). For this reason, and though reserving all rights, Defendants hereby withdraw the Motion to Transfer [ECF No. 16] and respectfully request that the hearing scheduled for October 20, 2026, at 9:00 a.m. before the Honorable Katherine M. Menendez be cancelled.

CIRESI CONLIN, LLP

Dated: September 14, 2026

By: s/Jan M. Conlin
Jan M. Conlin (#0192697)
Barry M. Landy (#0391307)

Patrick "Gus" Cochran (#0401191)
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8200
jmc@ciresiconlin.com
bml@ciresiconlin.com
pac@ciresiconlin.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Audra J. Soloway (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
Kevin P. Madden (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
dsinnreich@paulweiss.com
kmadden@paulweiss.com

ATTORNEYS FOR DEFENDANTS PENTAIR PLC, JOHN L. STAUCH, NICHOLAS J. BRAZIS, AND ROBERT P. FISHMAN